In the Matter of the Claim of HAROLD SHANNON, Respondent, against DEGRASSE PAPER COMPANY and Another, Appellants. EDMUND FITZGERALD, Attorney for Claimant, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award to the claimant unanimously affirmed, with costs to the State Industrial Board against the employer and the insurance carrier. The appeal by the attorney is dismissed, without costs. (*Matter of Finnegan v. Catholic Charities*, 236 App. Div. 767; *Matter of Lewis v. Lefren, Inc.*, 234 id. 513.) Hill, P. J., Rhodes and Bliss, JJ., concur in the dismissal; Crapser and Hefferman, JJ., concur in the dismissal on the ground that the question of the attorney receiving additional compensation voluntarily paid is not presented on this appeal.

In the Matter of the Claim of ELSIE G. TAFFT, Appellant, against GEORGE L. STAFFORD and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and claim remitted to the State Industrial Board, with costs to the claimant against the employer and the insurance carrier, on the ground that the accident arose out of and in the course of the employment. Hill, P. J., Rhodes, Bliss and Hefferman, JJ., concur; Crapser, J., dissents and votes to affirm, on the ground that it was Friday morning and the claimant was not in the business of gathering news.